**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02691-LTB

DOUGLAS BURNS,

    Plaintiff,

v.

SGT. STACEY BUFORD,
JOHN DOE, Colorado Attorney General,
R. N. WOLFF,
LT. M. MEEHAN,
TED LAURANCE, P.A.,
DR. AASEN,
DR. VAHIL,
P.A. TEJINDER SINGH,
NURSE OR P.A.'S JOHN AND JANE DOE'S at DWCF Infirmary,
RUDY HERRERA, and
JOHN DAVIS,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On May 19, 2011, Plaintiff filed three motions: 1) Motion for Stay to Exhaust Administrative Remedies Necessary to File Supplemental Complaint, 2) Motion for Leave to Supplement Complaint and Service by Mail, and 3) Motion for Court Referral to Counsel Mentoring Program or Request for Counsel.  This case was dismissed by an order and judgment filed on March 15, 2011.  Therefore, Plaintiff's motions (Doc Nos. 12, 13 & 14) are DENIED as moot.

    Dated:  May 23, 2011