**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-02691-LTB

DOUGLAS BURNS,

    Plaintiff,

v.

SGT. STACEY BUFORD,
JOHN DOE, Colorado Attorney General,
R.N. WOLFF,
LT. M. MEEHAN,
TED LAURANCE, P.A.,
DR. AASEN,
DR. VAHIL,
P.A. TEJINDER SINGH,
NURSE OR P.A. JOHN AND JANE DOES, at DWCF Infirmary,
RUDY HERRERA, and
JOHN DAVIS,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On February 16, 2012, Plaintiff filed a motion to waive filing fee or monthly payment (ECF No. 50).  The motion is DENIED.  Plaintiff already was informed in the order of November 4, 2010 (ECF No. 2), which granted him leave to proceed *in forma pauperis* pursuant to § 1915, that he would be required to pay the full amount of the $350.00 filing fee through monthly payments or show cause each month as directed in the November 4 order why he has no assets and no means by which to make the monthly payment.  The Order Directing Plaintiff to Supplement the Record (ECF No. 48), entered on February 13, 2012, reminded Mr. Burns of this obligation.  If Mr. Burns is unable to make a monthly payment, he has the option to show cause as directed in the November 4 order why he is unable to do so.

    Mr. Burns continues to have **thirty (30) days from the February 13 order** in which to comply with all the directives of the February 13 order.

Dated:  February 22, 2012