IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-2691-WJM-CBS

DOUGLAS BURNS,

    Plaintiff,

v.

TED LAURENCE, P.A.,
DR. ASSEN,
P.A. TEJINDER SINGH,
DR. JEFF CLEMENS, ST MARY CORWIN, and
HENRIQUE A. FERNANDEZ, M.D., ST MARY CORWIN,

    Defendants.

## APPOINTMENT ORDER

In accordance with Part III.C. of the U.S. District Court's *Pilot Program to Implement a Civil Pro Bono Panel*, the Court hereby determines that *pro se* Plaintiff Douglas Burns merits appointment of counsel drawn from the Civil *Pro Bono* Panel.

The Court is satisfied that the following factors and considerations have been met:

    1) the nature and complexity of the action;
    2) the potential merit of the *pro se* party's claims;
    3) the demonstrated inability of the *pro se* party to retain counsel by other means; and
    4) the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

*See Pilot Program to Implement a Civil Pro Bono Panel*, Part III.B.1.

Therefore, it is ORDERED that the Clerk of the Court shall select, notify, and appoint a member of the Panel to represent Plaintiff in this matter.  Plaintiff is advised

that until counsel is selected and a Notice of Appointment is filed, he will continue to proceed *pro se* and must follow the Court's procedures and rules accordingly.

Dated this 30th day of July, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge