**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-2691-WJM-CBS

DOUGLAS BURNS

    Plaintiff,

v.

TED LAURENCE,
MICHAEL ASSEN,
TEJINDER SINGH,
JEFFREY CLEMENS, and
HENRIQUE FERNANDEZ

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL OF ALL CLAIMS
AGAINST DEFENDANT CLEMENS**

---

This matter comes before the Court on Plaintiff and Defendant Jeffrey Clemens' Stipulated Motion to Dismiss All Claims Against Defendant Clemens, filed February 25, 2014 (ECF No. 174).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  All claims against Defendant Jeffrey Clemens in the above-captioned action are hereby DISMISSED WITH PREJUDICE.  Each party shall pay his own attorney's fees and costs.

The Clerk and the Parties shall modify the case caption to reflect the Court's Order in all future filings.

Dated this 25th day of February, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge