**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-2691-WJM-CBS

DOUGLAS BURNS,

    Plaintiff,
v.

TED LAURENCE,
MICHAEL ASSEN,
TEJINDER SINGH,
JEFFREY CLEMENS, and
HENRIQUE FERNANDEZ

    Defendants.

**ORDER GRANTING STIPULATED MOTION TO DISMISS
DEFENDANT HENRIQUE FERNANDEZ**

This matter comes before the Court on Plaintiff's Stipulated Motion to Dismiss Defendant Henrique Fernandez., filed July 8, 2014 (ECF No. 193).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Plaintiff's Motion is GRANTED.  Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff's claims against Defendant Henrique Fernandez., are hereby DISMISSED WITH PREJUDICE.  Each party shall pay his own attorney's fees and costs.

The Clerk and the Parties shall modify the case caption to reflect the Court's Order in all future filings.

Dated this 10th day of July, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge