**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 10-cv-02691-WJM-CBS

DOUGLAS BURNS,

    Plaintiff,

v.

TED LAURANCE,
TEJINDER SINGH, and
MICHAEL ASSEN,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered during the pendency of this case and the Order Adopting January 12, 2015 Recommendation Of Magistrate Judge And Granting Defendants' Motion For Summary Judgment, entered by the Honorable William J. Martínez, United States District Judge, on February 3, 2015, it is

ORDERED that

1. The Magistrate Judge's Recommendation (ECF No. 219) is ADOPTED in its entirety;

2. Defendants' Motion for Summary Judgment (ECF No. 213) is GRANTED; and

3. Final Judgment is entered in favor of Defendants and against the Plaintiff. Each party shall bear his own costs.

Dated at Denver, Colorado this  4th   day of February 2015.

                                            BY THE COURT:
                                            JEFFREY P. COLWELL, CLERK

                                            By:   s/Deborah Hansen
                                            Deborah Hansen, Deputy Clerk